AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BARBARA COACHMAN

V.

MEDICAL DATA SYSTEMS, INC., d/b/a
MEDICAL REVENUE SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07 CV 155 - MHT

TO: (Name and address of Defendant)

MEDICAL DATA SYSTEMS, INC.
d/b/a MEDICAL REVENUE SERVICES, INC.
ATTN: DAVE MILLER, CEO
2001 9TH AVENUE, SUITE 312
VERO BEACH, FLORIDA 32960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CAMERON A. METCALF, ESQUIRE
ESPY, METCALF & ESPY, PC
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302-6504

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                  2/22/07

CLERK                                             DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.