| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_[handwritten]_  02-26-07 |
| 1. Article Addressed to:<br><br>Medical Data Systems, Inc.<br>d/b/a Medical Revenue Services, Inc.<br>Attn: Dave Miller, CEO<br>2001 9th Avenue, Suite 312<br>Vero Beach, FL  32960<br><br>_[handwritten]_ 7cv155-32400 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0005 4058 6745 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540