IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA COACHMAN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO: 1:07 CV 155-MHT |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a Medical Revenue Services, Inc. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL

COMES NOW Russel A. McGill and does file with the Court this Notice of Withdraw as counsel for defendant Medical Data Systems, Inc., in the above-styled case. Undersigned states that other counsel has entered an appearance as counsel for said defendant.

Respectfully submitted this ____ day of July, 2007.

By _____
Russel A. McGill

OF COUNSEL:
**BRUNSON and ASSOCIATES,**
   **Attorneys, P.A.**
301 Broad Street
P. O. Box 1189
Gadsden, AL 35902
Phone: 256/546-9205  Fax: 256/546-8091

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all parties by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to regular mailing address on this ____ day of July, 2007, in accordance with the Federal Rules of Civil Procedure:

Cameron Metcalf, Esq
Post Office Drawer 6504
Dothan, Alabama 36302-6504

_____
Of Counsel