IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

BARBARA COACHMAN,           )
                            )
    Plaintiff,               )
                            )      CIVIL ACTION NO.
    v.                       )        1:07cv155-MHT
                            )
MEDICAL DATA SYSTEMS,        )
etc.,                        )
                            )
    Defendant.               )

ORDER

It is ORDERED that the notice of withdrawal (Doc. No. 11) is treated as a motion to withdraw and said motion is granted.

DONE, this the 30th day of July, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE