IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BARBARA COACHMAN )
)
Plaintiff, )
)
v. ) CASE NO. 1:07:CV-155-MHT
)
MEDICAL DATA SYSTEMS, INC. ET AL )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW BARBARA COACHMAN, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____               _____

_____               _____

_____               _____


8/10/07
Date                                  (Signature)

                                      CAMERON A. METCALF
                                      (Counsel's Name)

                                      BARBARA COACHMAN
                                      Counsel for (print names of all parties)
                                      326 NORTH OATES STREET
                                      DOTHAN, AL 36303
                                      Address, City, State Zip Code
                                      (334)793-6288
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I, CAMERON A. METCALF, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10 TH day of AUGUST 20 07, to:

J. KIRKMAN GARRETT, ESQUIRE

JAMES C. HUCKABY, JR., ESQUIRE

CHRISTIAN & SMALL, LLP

505 NORTH 20TH STREET, SUITE 1800

BIRMINGHAM, ALABAMA 35203

_____        _____
Date                                  Signature