IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| BARBARA COACHMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDICAL DATA SYSTEMS, )<br>etc., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:07cv155-MHT |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 8) is amended to reflect that the trial of this case is set for the term of court beginning on February 11, 2008, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 24th day of October, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE