IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BARBARA COACHMAN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE NUMBER: 1-07-CV-155 |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| d/b/a MEDICAL REVENUE SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, by and through her undersigned attorney, and files this notice of dismissal of the lawsuit with prejudice as to Medical Data Systems, Inc., d/b/a Medical Revenue Services, Inc., based upon the following:

1. The parties have reached an agreement resolving the issues.

2. The undersigned attorney avers the attorney for the Defendant consents to said dismissal.

Stated this 15 day of March, 2008.

_____
Cameron A. Metcalf
Attorney for Plaintiff

Of Counsel:
Espy, Metcalf & Espy, P.C.
Post Office Drawer 6504
Dothan, AL 36302-6504
(334) 793-6288
(334) 712-1617 Fax
cam@emppc.com

### Certificate of Service

I, Cameron A. Metcalf, do hereby certify I have this date served a copy of the above and foregoing Notice upon Stefanie H. Jackman, Esquire, Christian Small, LLP, 505 20th Street North, Suite 1800, Birmingham, Alabama 35203-2696, by placing a copy of same in the U.S. Mail, postage prepaid, and/or by electronic mail on this 15 day of March, 2008.

_____
Cameron A. Metcalf